# Court of Appeals
# of the State of Georgia

ATLANTA, September 06, 2017

*The Court of Appeals hereby passes the following order*

## A18I0015. BERNICE ALLEN v. PIKE NURSERIES ACQUISITIONS, LLC, d/b/a PIKE NURSERIES.

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of State Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

16C07283



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, September 06, 2017.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.